UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMH CAPITAL PARTNERS,

                Plaintiff,

– against –

JACLYN FITTS, CBRE CAPITAL ADVISORS, INC., AND CBRE, INC.,

                Defendants.

**ORDER**

24-cv-00290 (ER)

RAMOS, D.J.:

On March 28, 2025, the Court granted the CBRE defendants' motion to dismiss and allowed GMH to file a second amended complaint on or before April 18, 2025. The Court advised that if a second amended complaint was not filed by April 18, 2025, the case would be closed. Doc. 45. GMH did not file a second amended complaint. Accordingly, the Clerk of the Court is directed to close this case.

It is SO ORDERED.

Dated:   July 7, 2025
           New York, New York

                                                EDGARDO RAMOS, U.S.D.J.